**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**JOHN W. HOBBS, III**                                                                                    **PLAINTIFF**

V.                                    NO. 4:06CV01412-JMM/BD

**MICHAEL J. ASTRUE, Commissioner
of the Social Security Administration**                                                            **DEFENDANT**

## JUDGMENT

In accordance with the Order entered this day, judgment is entered for Plaintiff, John W. Hobbs, III, pursuant to Fed. R. Civ. P. 58. This case is remanded to the Commissioner of the Social Security Administration ("Commissioner") pursuant to "sentence four" of 42 U.S.C. § 405(g) and in accordance with the terms outlined in the Commissioner's motion to remand.

IT IS SO ORDERED this 30th day of April, 2007.

_____
UNITED STATES DISTRICT JUDGE